UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAKESHA NICOLE WILLIAMS,

    Plaintiff,

v.

STATE OF SEATTLE WASHINGTON,

    Defendant.

Case No. C22-1138-DGE-MLP

REPORT AND RECOMMENDATION

On August 11, 2022, Plaintiff Takesha Nicole Williams ("Plaintiff"), proceeding *pro se*, submitted a proposed § 1983 civil rights complaint. (Dkt. # 1.) On August 16, 2022, the Clerk of Court advised Plaintiff her submission was deficient due to the filing fee requirement and that she was required to either submit an application to proceed *in forma pauperis* ("IFP") or pay the filing fee. (Dkt. # 2.) Plaintiff was advised that failure to respond by September 15, 2022, may result in dismissal of her case. (*Id.*)

To date, Plaintiff has neither paid the filing fee nor corrected the IFP deficiency. Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914. A proposed Order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

1     Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 14, 2022**.

    The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and to the Honorable David G. Estudillo.

    Dated this 19th day of September, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2