UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAKESHA NICOLE WILLIAMS,<br><br>                Plaintiff,<br>    v.<br><br>STATE OF SEATTLE WASHINGTON,<br><br>                Defendant. | CASE NO. 2:22-cv-01138-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 3.) |

Having reviewed the Report and Recommendation of United States Magistrate Judge Michelle L. Peterson (Dkt. No. 3), any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1) The Court ADOPTS the Report and Recommendation;

    (2) This action is DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914; and

    (3) The Clerk is directed to send a copy of this Order to Plaintiff.

Dated this 24th day of October, 2022.

1
2
3   David G. Estudillo
    United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 3.) - 2